**Otis WILLIAMS, Plaintiff–Appellant**

**v.**

**CITIMORTGAGE, INC., Defendant–Appellee.**

**No. 2014–1688.**

United States Court of Appeals, Federal Circuit.

Jan. 31, 2014.

Gary D. Siegel, Waterford, MI, for Plaintiff–Appellant.

Kathryn J. Miller, Dykema Gossett PLLC, Ann Arbor, MI, for Defendant–Appellee.

**ORDER**

Having received no objection to this court's December 30, 2013 order,

It Is Ordered That:

This appeal is transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.